Allen S. Kleppinger, Plaintiff-Appellant, v. Etta
Nelson, Administrator, Defendant-Appellee.

Gen. No. 53,402.  (Abstract of Decision.)

First District, First Division.

July 28, 1969.

Allen S. Kleppinger, pro se, of Western Springs, appellant; Hubbard, Hubbard, O'Brien & Hall, of Chicago (Alvin G. Hubbard, Walter D. Jacobs, and Frederick W. Temple, of counsel), for appellee. Opinion by PRESIDING JUSTICE ADESKO. **Not to be published in full.**